JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

   - v. -                       :     INDICTMENT

TYRELL GRIFFEN,                  :     07 Cr.

           Defendant.

- - - - - - - - - - - - - - - - x

07CRIM 744

    The Grand Jury charges:

    On or about July 3, 2007, in the Southern District of New York, TYRELL GRIFFEN, the defendant, unlawfully, willfully, and knowingly did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, which custody and confinement was by virtue of a conviction of an offense, to wit, GRIFFEN, while in the custody of the Bronx Residential Reentry Center pursuant to a judgment of conviction entered by the Honorable Richard P. Conaboy, United States District Judge for the Middle District of Pennsylvania, on or about May 15, 2003, for the crime of conspiracy to distribute and possession with intent to distribute heroin, cocaine base and marijuana, and GRIFFEN escaped from such custody and confinement.

    (Title 18, United States Code, Sections 751 and 4082(a).)

_Katherine N Brooks_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TYRELL GRIFFEN,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 751 and 4082(a))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Katherine N. Brooks* (signature)

Foreperson.

08/10/07 INDICTMENT FILED. CASE ASSIGNED TO J. LYNCH.
ERP
Fox, J.